[No. 30965-7-III.   Division Three.   July 3, 2014.]

*In the Matter of the Marriage of* PETER ALLEN JOHNSON, *Respondent*, and ROBIN EARLENE JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-3-01189-2, James M. Triplet, J., entered June 12, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Sperline, J. Pro Tem., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 31259-3-III.   Division Three.   July 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BONIFACIO ALCANTAR-MALDONADO, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 12-1-50244-6, Carrie L. Runge, J., entered October 16, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Korsmo and Lawrence-Berrey, JJ. Now published at 184 Wn. App. 215.

[No. 31504-5-III.   Division Three.   July 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY DON DUGGER, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 12-1-00386-9, Evan E. Sperline, J., entered February 26, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 31561-4-III.   Division Three.   July 3, 2014.]

THE STATE OF WASHINGTON, *Appellant*, v. MARC EUGENE REED, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-01122-3, Annette S. Plese, J., entered March 4, 2013. *Reversed* and *remanded* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo, J.; Fearing, J., concurring separately.